RECEIVED
JAN 23 2019
CLERK, U.S. DISTRICT COURT
Duluth, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Aimee Johnson

**Plaintiff(s),**

vs.

Robin Brady

**Defendant(s).**

Case No. 19-CV-169 JRT/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ___  NO _X_

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## **COMPLAINT**

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   | | |
   |---|---|
   | Name | Aimee Renee Johnson |
   | Street Address | 201 N Hugo Ave |
   | County, City | St Louis  Duluth |
   | State & Zip Code | MN 55811 |
   | Telephone Number | 218-409-5725 |

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

SCANNED
JAN 23 2019
U.S. DISTRICT COURT DULUTH

a. Defendant No. 1

   Name: Robin Brady

   Street Address: 400 E 3rd St

   County, City: ST Louis Duluth

   State & Zip Code: MN 55805-1951

b. Defendant No. 2

   Name:

   Street Address:

   County, City:

   State & Zip Code:

c. Defendant No. 3

   Name:

   Street Address:

   County, City:

   State & Zip Code:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question         ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. constitutional rights violation slander

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                              State of Citizenship:

   Defendant No. 1:                             State of Citizenship:

   Defendant No. 2:                             State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☒ Defendant(s) reside in Minnesota    ☒ Facts alleged below primarily occurred in Minnesota
   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. This professional wrote a letter in support

3

CASE 0:19-cv-00169-JRT-LIB   Doc. 1   Filed 01/23/19   Page 4 of 5

(7) of the county. However the letter written was not true and defamed mother's reputation. Because of this mother has extreme emotional distress because of losing her 2 children due to this, social services did not return children and mother has been depressed has had increased anxiety, problems sleeping, crying, stomach aches, and other symptoms. defamation is punishable by law when a person makes false statements about a person causing that person harm.

(8) This Dr also is found to be negligent in changing meds frequently to patient, then passing blame unto parent. Also now is giving more medication to patient which has caused side effects from too much medication. this Dr recklessly overprescibes drugs and too much of the medication and when parent did not like this, Dr would make statements on mothers anxious concerns, I don't feel my son needed what she was perscribing to him.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

mother is asking the courts to award her punitive damages thats she's intitled to for slander, negligence on this practitioner as their were many untruths in the past as well as present that were sent to the courts.

Date:

Signature of Plaintiff: Aimee Renee Johnson
Mailing Address: 201 N Hugo Ave
Duluth MN 55811

Telephone Number: 218-409-5725
email: Bjorgenson19862103@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5