# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| AIMEE JOHNSON, | Civil No. 19-169 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| ROBIN BRADY, | **AND RECOMMENDATIONS** |
| Defendant, | |

_____

Aimee Johnson, 201 N. Hugo Ave., Duluth, MN 5581, *pro se* plaintiff.

Tracy A. Schramm, **GERAGHTY O'LOUGHLIN 7 KENNEY, P.A.**, Fitgers – Suite 203, 600 East Superior Street, Duluth, MN 55802, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, [Docket No. 8], is **GRANTED in part and DENIED in part**; and

2. The present action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 7, 2019       s/John R. Tunheim  
at Minneapolis, Minnesota      JOHN R. TUNHEIM  
     Chief Judge  
     United States District Court